JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JORGE "COCO" PADILLA
Nevada Bar No. 16295
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
 *JDunn@GGTrialLaw.com*
 *MHale@GGTrialLaw.com*
 *JPadilla@GGTrialLaw.com*

Attorneys for Plaintiff
Ricardo Pena

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICARDO PENA, an individual, | Case No.: 2:26-cv-01470-CDS-BNW |
| Plaintiff, | **Stipulation and Order to Extend Time for Defendant to File Responsive Pleading** |
| v. | |
| ARIANA MOTORS L.L.C., a Nevada limited liability company, | **[First Request]** |
| Defendant. | |

Plaintiff Ricardo Pena and Defendant Ariana Motors L.L.C., through their counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of June 11, 2026, up to and including **July 10, 2026**.

The Parties agree the requested extension is reasonable and necessary because counsel for Defendant has just recently been retained and requires additional time to investigate the allegations and file a proper response.

-1-

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: June 22, 2026.

GREENBERG GROSS LLP                    WOOD SMITH HENNING & BERMAN, LLP


By____/s/Coco Padilla_____        By___/s/ Taylor Duffy_____
   Jemma E. Dunn, Esq.                        Taylor N. Duffy, Esq.
   Nevada Bar No. 16229                       Nevada Bar No. 16693
   Matthew T. Hale, Esq.                      Nina M. Garcia, Esq.
   Nevada Bar No. 16880                       Nevada Bar No. 16405
   Jorge "Coco" Padilla, Esq.                 *Admission to U.S.D. Nev. Pending*
   Nevada Bar No. 16295                       2881 Business Park Court, Suite 200
   1980 Festival Plaza Drive, Suite 730       Las Vegas, Nevada 89128-9020
   Las Vegas, NV 89135                        Attorney for Defendant
   Attorneys for Plaintiff


## ORDER

IT IS SO ORDERED.

Dated:  June 24, 2026

_____
   United States Magistrate Judge

---

-2-
SAO TO EXTEND TIME TO FILE RESPONSIVE PLEADING